LAWYERS FOR CLEAN WATER, INC.
Layne Friedrich (Bar No. 195431)
Email:  Layne@lawyersforcleanwater.com
Drevet Hunt (Bar No. 240487)
Email:  Drev@lawyersforcleanwater.com
1004-A O'Reilly Avenue
San Francisco, California 94129
Telephone: (415) 440-6520
Facsimile: (415) 440-4155

VENTURA COASTKEEPER
Jason Weiner (Bar No. 259264)
Email: jweiner.venturacoastkeeper@wishtoyo.org
3875-A Telegraph Rd. #423
Ventura, California 93003
Telephone: (805) 658-1120
Facsimile: (805) 258- 5135

Attorneys for Plaintiffs
VENTURA COASTKEEPER,
a program of the WISHTOYO FOUNDATION, and
WISHTOYO FOUNDATION

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENTURA COASTKEEPER, a program of the Wishtoyo Foundation, and WISHTOYO FOUNDATION, a non-profit corporation<br><br>    Plaintiffs,<br>  v.<br><br>TRI-COUNTY AUTO DISMANTLERS, INC., a California corporation,<br><br>    Defendant. | Case No. 2:11-cv-05289 SJO (MRWx)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND ORDER CLOSING CASE**<br><br>**Honorable S. James Otero**<br><br>Date Response to OSC Due: March 3, 2012<br>Location:  Courtroom 1 – 2nd Floor<br>            312 N. Spring Street,<br>            Los Angeles, CA 90012 |

[PROPOSED] ORDER DISCHARGING OSC            1            2:11-cv-05289 SJO (MRWx)

# ORDER

On February 17, 2012 Plaintiffs filed a Notice of Lodging of [Proposed] Consent Decree, and submitted the [Proposed] Consent Decree for approval and execution by the Court, thus discharging their duties under the Order Continuing Order to Show Cause for Sixty (60) Days, signed by this Court on January 5, 2012.

In light of the settlement of this case, the Court hereby discharges its December 21, 2011 Order to Show Cause Re Dismissal for Lack of Prosecution.

Additionally, case should have been closed on 2/29/12 with Consent Decree Judgment [18] .  The Clerk's office is instructed to statistically close this case.

Dated: May 18, 2012

*S. James Otero*

S. JAMES OTERO
United States District Court Judge
Central District of California